**Debtor name**  Magnacoustics, Inc.

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK**

**Case No. (If known)**  21-70670

**Official Form 204**

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ICS Integrated Computer Solutions<br>230 2nd Ave<br>Waltham, MA 02451 | Marc Ross, Esq.<br>Email: mross@srf.law<br>Tel: 212-398-5541 | Litigation | Contingent, Unliquidated & Disputed | | | $330,938.60 |
| 2 | Michael Guerrieri Consulting<br>220 11th St<br>Bethpage, NY 11509 | Michael Guerrieri<br>Email: chefmg@gmail.com<br>Tel: 917-975-6136 | Professional Services | | | | $35,500.00 |
| 3 | Kilamanjaro Business Services, LLC<br>13924 W Stratford Ct<br>New Berlin, WI 53151 | Dave Chappell<br>Email: dchappell@magnacoustics.com | Professional Services | | | | $19,218.75 |
| 4 | Fish & Richardson PC<br>P.O. Box 3295<br>Boston, MA 02241-3295 | Kevin Gray<br>Tel: 212-765-5070<br>Fax: 212-258-2291<br>Email: cas-team@fr.com | Professional Services | | | | $18,194.71 |
| 5 | Phoenix Mecano, Inc<br>7330 Executive Way<br>Frederick, MD 21704 | Molly Michaud<br>Tel: 301-696-9800<br>Email: molly.michaud@pm-usa.com | Trade Payable | | | | $13,806.25 |

Debtor name  **Magnacoustics, Inc.**    Case No. (If known) **21-70670**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  1995 Park LLC ( MLK Realty)  P.O. Box 75  Lawrence, NY 11559 | Louis Kanner  Email: lk115@aol.com | Lease | | | | $8,715.26 |
| 7  InXpress LLC  P.O. Box 709030  Sandy, UT 84070 | Ann-Marie Johnson  Email: info.usa@inxpress.com  Tel: 914-715-8321 | Trade Payable | Disputed | | | $7,767.78 |
| 8  Innovative Discovery LLC  1700 N Moore St, Ste 1500  Arlington, VA 22209 | Innovative Discovery LLC  Tel: 7038758003  Email: accounts.receivable@id-edd.com | Trade Payable | | | | $7,230.30 |
| 9  SugarCRM Inc  aka W-Systems Corp  Dept LA 23968  Pasadena, CA 91185-3968 | RJ Miltner  Email: rj.miltner@sugarcrm.com  Tel: 631-458-5999 | Trade Payable | Disputed | | | $7,110.00 |
| 10  Nine Eighteen Medical, Inc  P.O. Box 751454  Petaluma, CA 94975-1454 | Nine Eighteen Medical, Inc  Tel: 707-773-3838  Fax: 707-773-3839  Email: sales@918medical.com | Trade Payable | | | | $6,837.17 |
| 11  AARC Networking, Inc  8812 182nd St  Jamaica, NY 11423 | Raymond Pereira  Tel: 347-468-7435  Fax: 718-554-0365  Email: rp@aarcnet.com | Professional Services | Disputed | | | $6,245.02 |
| 12  ISL Products Int'l Ltd  235-P Robbins LA, Ste 270P  Syosset, NY 11791 | James Gallant Jr.  Email: info@islproducts.com  Tel: 516-937-3475 | Trade Payable | | | | $6,160.00 |

**Debtor name**  Magnacoustics, Inc.  **Case No. (If known)**  21-70670

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Cygnus Automation Inc<br>1605 Ninth Ave<br>Bohemia, NY 11716 | Cygnus Automation Inc<br>Tel: 631 981 0909<br>Email: sdcygnus@optonline.net;<br>sharon@cygnusautomation.com | Trade Payable | | | | $1,433.00 |
| 14  Mouser Electronics, Inc<br>P.O. Box 99319<br>Fort Worth, TX 76199-0319 | Email: sales@mouser.com<br>Tel: 800-346-6873<br>Tel: 817-804-3888 | Trade Payable | | | | $988.09 |
| 15  Lawrence M Gordon, Esq<br>Attorney at Law, PC<br>1786 Bellmore Ave<br>North Bellmore, NY 11710-5522 | Lawrence M Gordon, Esq<br>Tel: 516-333-5000<br>Fax: 516-333-3260<br>Email: lgordon@gsipclaw.com | Professional Services | | | | $817.59 |
| 16  Digi-Key Electronics<br>Digi-Key 409212<br>P.O. Box 250<br>Thief River Falls, MN 56701-0250 | Digi-Key Electronics<br>Tel: 1-800-344-4539<br>Fax: 218-681-3380<br>Email: customer.service2@digikey.com | Trade Payable | | | | $699.00 |
| 17  West Park Beach LLC<br>Attn: Sean McCormack<br>58 Elizabeth St<br>Basking Ridge, NJ 07920 | West Park Beach LLC<br>Email:<br>KMcCormack@CullenandDykman.com;<br>kathiemac30@gmail.com | Lease | | | | $600.00 |
| 18  Canon Financial Services Inc<br>14904 Collections Center Dr<br>Chicago, IL 60693-0149 | Canon Financial Services Inc<br>Tel: 800-220-0330 | Equipment Lease | | | | $585.32 |
| 19  CliftonLarsonAllen LLP - IT<br>P.O. Box 829709<br>Philadelphia, PA 19182-9709 | David Hale<br>Email: david.hale@claconnect.com<br>Tel: 781-610-1228 | Professional Services | | | | $552.66 |

**Debtor name** Magnacoustics, Inc.   **Case No. (If known)** __21-70670__

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Uline<br>Attn: Accounts Receivable<br>P.O. Box 88741<br>Chicago, IL 60680-1741 | Email: customer.service@uline.com<br>Tel: 800-295-5510<br>Tel: 888-884-6910 | Trade Payable | | | | $367.50 |