

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York (Central Islip Division)*

---

*Alfonse M. D'Amato Federal Courthouse*  Telephone: (631) 715-7800
*560 Federal Plaza*  Fax: (631) 715-7777
*Central Islip, New York 11722-4456*

### *CONVERTED CASE MEMORANDUM*

TO: Case Administration- Judge Team for Judge Grossman

FROM: William K. Harrington
United States Trustee

PREPARED BY: Joann Lomangino

DATE: January 28, 2025

RE: Appointment of Chapter 7 Trustee – Converted Case From Chapter **11** to Chapter **7**- And Scheduling of Section 341(a) Meeting to be noticed by Clerk's Office

---

The below listed case has been reviewed.

Kenneth Kirschenbaum has been selected as interim trustee for this case. His address is Kirschenbaum & Kirschenbaum, 200 Garden City Plaza, Suite 500, Garden City, NY 11530.

The 341 (a) meeting for the case will be held on February 25, 2025 @ 10:30 A.M at Zoom.us/join - Kirschenbaum: Meeting ID 314 131 8202, Passcode 5320231902, Phone 1 (516) 388-5492.

### *CONVERTED CHAPTER 11 CASE TO CHAPTER 7 ASSET CASE*

*MAGNACOUSTICS, INC.,*                               *Case No. 821-70670-reg*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

    *MAGNACOUSTICS, INC.,*                              *Case No. 821-70670-reg*

            **Debtor.**

---

**APPOINTMENT OF INTERIM TRUSTEE AND**
**DESIGNATION OF REQIRED BOND**

---

      Kenneth Kirschenbaum of Garden City, New York, is hereby appointed, pursuant to 11 U.S.C. 701(a) as interim Trustee for the estate(s) of the above named debtor(s).  See 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

      The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on filed with the Office.  See 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:   Central Islip, New York
          January 28, 2025

                                          WILLIAM K. HARRINGTON
                                          UNITED STATES TRUSTEE

                                By:    */s/ Christine H. Black*
                                              Christine H. Black
                                              Assistant United States Trustee
                                              Long Island Federal Courthouse
                                              560 Federal Plaza
                                              Central Islip, New York 11722
                                              Tel. No. (631) 715-7800