

Allen G. Kadish
akadish@archerlaw.com

Archer & Greiner, P.C.
1211 Avenue of the Americas
New York, NY 10036
212-682-4940
www.archerlaw.com

February 21, 2025

Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

      Re:    In re Magnacoustics, Inc., Debtor
              Chapter 7 Case No. 8–21–70670–reg
              <u>Hearing: Wednesday, February 26, 2025, at 9:30 A.M.</u>

Dear Judge Grossman:

We represent Sherwood Partners, Inc., in this case. We refer to:

- Sherwood Partners, Inc.'s Final Fee Application (ECF No. 154); and
- Chapter 7 Trustee's Limited Objection (ECF No. 164).

In light of the recent conversion and how early we are in this phase of the case, we respectfully suggest an adjournment of the hearing on this matter for at least 90-120 days. The amount sought is modest, the situation is uncertain, and whether funds may be available is unknown. The Trustee has not agreed to an adjournment. Sherwood's rights are reserved while we respect the parties' and the Court's resources.

                                                  Respectfully,

                                                  ALLEN G. KADISH

cc: Counsel by ECF

230083901 v1

Voorhees, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE | Houston, TX