**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** MAGNACOUSTICS, INC. | **CASE NO:** 21-70670 (REG) |
| **DEBTOR(S) IN POSSESSION** | **CHAPTER 11** |

**Report period: (date of filing):** April 9, 2021     **(date of report)** April 1, 2025

**CHAPTER 11 FINAL REPORT AND ACCOUNTING**

ADMINISTRATIVE EXPENSES PAID

| | | | |
|---|---|---|---|
| 1 | Trustee's Compensation (Fees and Expenses) | $17,150.00 | |
| 2 | Accountant's Fees and Expenses | $135,529.84 | |
| 3 | Auctioneer's Fees and Expenses | $0.00 | |
| 4 | Appraiser's Fees and Expenses | $0.00 | |
| 5 | Attorney Fees and Expenses for Creditors' Committee | $0.00 | |
| 6 | Attorney Fees and Expenses for Trustee | $0.00 | |
| 7 | Attorney Fees and Expenses for Debtor | $121,803.46 | |
| 8 | Other Attorney Fees and Expenses | $29,563.36 | |
| 9 | Fees paid to U.S. Trustee | $0.00 | |
| 10 | Other Administrative Fees and Expenses | $0.00 | |
| **11** | **TOTAL (Lines 1 - 10)** | | **$304,046.66** |

PAYMENTS TO CREDITORS

| | | | |
|---|---|---|---|
| 12 | Distributions to Secured Creditors | $0.00 | |
| 13 | Distributions to Priority Creditors | $2,543.00 | |
| 14 | Distributions to Unsecured Creditors | $172,842.00 | |
| 15 | Distributions to Equity Security Holders | $0.00 | |
| 16 | Other Distributions to Creditors | $0.00 | |
| **17** | **TOTAL (Lines 12 - 16)** | | **$ 175,385.00** |
| **18** | **TOTAL DISTRIBUTIONS \* (Lines 11 and 17)** | | **$ 479,431.66** |

\* Total Distributions should represent all monies paid for administrative expenses and all payments pursuant to the plan of reorganization or liquidation.

**I declare under penalty of perjury that this chapter 11 case has been fully administered and that the information provided in this Chapter 11 Final Report and Accounting is true and correct, and that I have been authorized to file this document on behalf of the debtor.**

/s/ Lisa Lederer                                                                                         April 3, 2025

Signature of Authorized Individual                                                                   Date
Lisa Lederer