| Magnacoustics, Inc. (Case No.: 21-70670-reg) | | | |
| --- | --- | --- | --- |
| Schedule of Unpaid Debts (4/9/21 through 1/29/25) | | | |
| Vendor Name | Address | Total | |
| 1995 Park LLC | M.L.K. Realty Co. P.O. Box 75 Lawrence NY 11559 | 20,759.96 | |
| 3M Company | PO Box 844127 United States, Dallas, TX 75284-4127, USA | 13,273.20 | |
| AT&T | P.O. Box 105068, Atlanta, GA 30348 | 334.12 | |
| AARC Networking, Inc. | 8812 182nd Street Jamaica, NY 11423 US | 8,118.16 | |
| American Water - New York | 1 Water Street, Camden NJ 08102 | 32.05 | |
| Adam Bury | Jasminowa 6, Krepa Supska 76-245, Poland | 1,800.00 | |
| Carter Ledyard & Milburn LLP | 28 Liberty Street, 41st Floor, New York, NY 10005 | 1,487.50 | |
| CliftonLarsonAllen LLP - BizOps | PO Box 829709, Philadelphia, PA 19182-9709, USA | 131,822.24 | |
| Cyberwarp Communications Inc. | 119 E. Alhambra Avenue Lindenhurst, NY 11757 | 559.30 | |
| Cygnus Automation Inc. | 1605 9th Ave Bohemia, NY 11716 | 18,050.00 | |
| De Lage Landen Financial Services, Inc. | P.O. Box 41602, Philadelphia, PA 19101 | 774.00 | |
| Fish & Richardson P.C. | One Marina Park Drive, Suite 1700 Boston, MA 02210 | 13,798.65 | |
| George Hoddy | 2754 Sun Valley Street, Jenison, MI 49428 | 4,250.00 | |
| Getz Balich LLC Intellectual Property Law | 10 Waterside Dr. #205 Farmington CT 06032 | 7,125.00 | |
| Green Office Solutions, Inc. | 13 Center Court, Center Moriches, NY 11934-1006 | 182.42 | |
| Health Connect Partners, Inc. | 65 Business Park Drive Lebanon, TN 37090 | 8,090.00 | |
| LaMonica Herbst & Maniscalco, LLP | 3305 Jerusalem Ave Suite 211, Wantagh NY 11793, United States | 22,411.10 | |
| Lowitt Alarms | 25 Bethpage Road, Hicksville NY 11801 | 138.01 | |
| Lisa Lederer | c/o Anthony Acampora, Rimon PC, 100 Jericho Quad Suite 300 Jericho NY 11753 | 26,082.24 | |
| Marty Lydon | 11 Sylvester Road United States, Dorchester, MA 02122, USA | 363,253.24 | (D) |
| Mayerson & Hartheimer, PLLC | 48 Seneca Street, Dobbs Ferry, NY 10522 | 71,254.44 | (D) |
| McLoone Metal Graphics Company | 75 Sumner St. La Crosse, WI 54603 | 1,364.85 | |
| Moritt Hock & Hamroff, LLP | 1407 Broadway 39th floor, New York, NY 10018, United States | 16,629.53 | |
| Optimum | P.O. Box 70340, Philadelphia PA 19176 | 342.12 | |
| Pitney Bowes | P.O. Box 371887, Pittsburgh PA 15250 | 241.96 | |
| PSEG Long Island | P.O. Box 9039, Hicksville NY 11802 | 683.57 | |
| Premco Financial Corp., Inc. | PO Box 19367, Kalamazoo, MI 49019-0367 | 1,383.64 | |
| Qtas Inc. | PO Box 690799, Quincy, MA 02269-0799 | 487.00 | |
| Ready Refresh - Costco | PO Box 30080 College Station, TX 77842 | 55.21 | |
| Royal Distributors, Inc | 3930 Varsity Dr. Ann Arbor, MI 48108 | 2,050.00 | |
| Senasys | 1435 International Drive Eau Claire, WI 54701 | 12,854.00 | |
| Sherwood Partners, Inc. | 3945 Freedom Cir #560, Santa Clara, CA 95054, United States | 15,000.00 | |
| Specialty Printing &Processing | 4670 Groves Rd, Columbus, OH 43232, United States | 938.82 | |
| Sunrise System | 105 Fieldcrest Ave Suite #504, Edison, NJ 08837, United States | 2,741.28 | |
| T-Mobile | P.O. Box 742596, Cincinnati OH 45274-2596 | 498.67 | |
| Troyka Med Inc. | IOSB Mah, 1371. Sk. No:7/1, 06378 Yenimahalle | 420.87 | |
| TRP Machines Inc. | 35 DaVinci Drive, Bohemia, NY 11716 | 937.50 | |
| Two Technologies, Inc. | 419 Sargon Way Attn: Accounts Payable Horsham PA 19044, USA | 5,050.00 | |
| UL GmbH | Suite 1893 Chicago, IL 60675--, 75 Remittance Drive 1893 | 355.65 | |
| Verizon wireless | P.O. Box 15124 | 236.15 | |
| TOTAL | | $ 775,866.45 | |

This exhibit sets forth a list of creditors and outstanding amounts based on the books and records of the company, as maintained by the Debtor's accountants, Clifton Larson Allen LLP, and updated through November 2024. It also includes certain miscellaneous open invoices that were received but not yet entered into the accounting system. This report has been prepared by Lisa Lederer, the sole shareholder and authorized individual, who had no involvement in the management or day-to-day operations of the business. In compiling this information, Ms. Lederer has relied entirely on the professionals responsible for the financial management of the company. The information presented reflects Ms. Lederer's best efforts to identify and compile a complete list of creditors with outstanding debts incurred after the petition date of April 9, 2021, through January 29, 2025.

**(D) Disputed**

Dated: April 3, 2025

/s/ Lisa Lederer
**Lisa Lederer**