Magnacoustics, Inc.
Allowed General Unsecured Claims

| | Final List | Prof fee or Priority Claim | Total | Per Plan | Allocated payments | | | | | | TOTALS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 4/30/23 | 1/31/24 | 3/31/24 | 8/31/24 | 4/30/25 | 9/30/25 | | |
| Canon Financial Services Inc | 585.32 | - | 585.32 | 284.93 | 41.99 | 34.28 | 56.10 | 65.13 | 58.87 | 28.57 | 284.93 | |
| Cello Partnership (Verizon Wireless) | 1,523.10 | - | 1,523.10 | 741.43 | 109.26 | 89.20 | 145.97 | 169.48 | 153.19 | 74.33 | 741.43 | |
| Clifton Larson Allen LLP - IT | 552.66 | - | 552.66 | 269.03 | 39.65 | 32.37 | 52.97 | 61.50 | 55.59 | 26.97 | 269.03 | |
| CyberWarp Communications | 319.60 | - | 319.60 | 155.58 | 22.93 | 18.72 | 30.63 | 35.56 | 32.14 | 15.60 | 155.58 | |
| Cygnus Automation | 1,433.00 | - | 1,433.00 | 697.57 | 102.80 | 83.92 | 137.34 | 159.45 | 144.13 | 69.94 | 697.57 | |
| Digi-Key Electonics | 699.00 | - | 699.00 | 340.27 | 50.14 | 40.94 | 66.99 | 77.78 | 70.30 | 34.11 | 340.27 | |
| Fish & Richardson PC | 29,109.76 | - | 29,109.76 | 14,170.39 | 2,088.19 | 1,704.78 | 2,789.88 | 3,239.09 | 2,927.80 | 1,420.65 | 14,170.39 | |
| Integrated Computer Solutions, Inc. | 409,500.00 | - | 409,500.00 | 199,341.18 | 29,375.49 | 23,981.95 | 39,246.46 | 45,565.71 | 41,186.60 | 19,984.96 | 199,341.18 | |
| ISL Products International LTD | 6,160.00 | - | 6,160.00 | 2,998.64 | 441.89 | 360.75 | 590.37 | 685.43 | 619.56 | 300.63 | 2,998.64 | |
| Lawrence M. Gordon Esq | 817.59 | - | 817.59 | 398.00 | 58.65 | 47.88 | 78.36 | 90.97 | 82.23 | 39.90 | 398.00 | |
| Lisa Lederer | 3,142.00 | - | 3,142.00 | 1,529.50 | 225.39 | 184.01 | 301.13 | 349.62 | 316.02 | 153.34 | 1,529.50 | |
| Michael Guerrieri Consulting | 35,500.00 | - | 35,500.00 | 17,281.10 | 2,546.59 | 2,079.02 | 3,402.32 | 3,950.14 | 3,570.51 | 1,732.52 | 17,281.10 | |
| Mouser Electronics, Inc. | 988.09 | - | 988.09 | 480.99 | 70.88 | 57.87 | 94.70 | 109.95 | 99.38 | 48.22 | 480.99 | |
| NY State Department of Finance | 223.01 | - | 223.01 | 108.56 | 16.00 | 13.06 | 21.37 | 24.81 | 22.43 | 10.88 | 108.56 | Returned check, no balance owed |
| Nine Eighteen Medical, Inc. | 6,837.17 | - | 6,837.17 | 3,328.28 | 490.46 | 400.41 | 655.27 | 760.78 | 687.67 | 333.68 | 3,328.28 | |
| Phoenix Mecano, Inc. | 13,806.25 | - | 13,806.25 | 6,720.77 | 990.39 | 808.55 | 1,323.19 | 1,536.24 | 1,388.60 | 673.79 | 6,720.77 | |
| Tower Fastners Company | 96.18 | - | 96.18 | 46.82 | 6.90 | 5.63 | 9.22 | 10.70 | 9.67 | 4.69 | 46.82 | |
| Uline | 1,493.58 | (1,126.08) | 367.50 | 178.90 | 26.36 | 21.52 | 35.22 | 40.89 | 36.96 | 17.94 | 178.90 | |
| West Park Beach LLC | 600.00 | - | 600.00 | 292.07 | 43.04 | 35.14 | 57.50 | 66.76 | 60.35 | 29.28 | 292.07 | |
| | | | | | | | | | | | - | |
| | 513,386.31 | (1,126.08) | 512,260.23 | 249,364.00 | 36,747.00 | 30,000.00 | 49,095.00 | 57,000.00 | 51,522.00 | 25,000.00 | 249,364.00 | |
| | | | | 48.68% | 14.74% | 12.03% | 19.69% | 22.86% | 20.66% | 10.03% | 100.00% | |
| | | | **Cross Foot** | **249,364.00** | | | | | | | | |
| | | | | | *Paid* | *Paid* | *Paid* | *Paid* | Unpaid | Unpaid | | |

This spreadsheet was forwarded to the interim CEO of the Debtor at the time this case was converted to one under Chapter 7 by Kim Richard, CFO of Debtor.