ARCHER & GREINER, P.C.
Allen G. Kadish
1211 Avenue of the Americas
New York, New York 10036
212-682-4940
akadish@archerlaw.com

*Attorneys for Sherwood Partners, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| MAGNACOUSTICS, INC., | Case No. 21-70670-reg |
| Debtor. | |

-------------------------------------------------------X

## NOTICE OF WITHDRAWAL WITHOUT
## PREJUDICE OF FINAL FEE APPLICATION

TO THE HONORABLE ROBERT E. GROSSMAN,
UNITED STATES BANKRUPTCY JUDGE:

Sherwood Partners, Inc. ("**Sherwood**"), by and through its counsel, Archer & Greiner, P.C., respectfully states:

1. Sherwood served as post-confirmation sale agent for the Debtor. Sherwood incorporates the relevant facts as set forth in the Final Fee Application of Sherwood, filed January 25, 2025 [ECF No. 154] (the "**Application**").

2. On January 29, 2025, a Chapter 7 trustee was appointed.

3. The hearing on the Application was set for February 26, 2025.

4. Sherwood consulted the trustee, who did not consent, and filed a letter dated February 21, 2025 [ECF No. 167], suggesting an adjournment of the hearing given the recent appointment of the trustee.

5. The trustee filed a Limited Objection [ECF No. 164].

6. The hearing was held on February 26, 2025, to consider the Application and the Limited Objection. The hearing was adjourned to April 23, 2025.

7. The trustee requested that Sherwood withdraw its Application, without prejudice, given the early stage of the case, until the availability of funds for Chapter 11 administrative professional fee claims might be known.

8. In order to accommodate request of the trustee and to support his process of investigating the affairs of the Debtor and, hopefully, achieving funds sufficient to satisfy Chapter 11 administrative professional fee claims, Sherwood hereby withdraws the Application, without prejudice, reserving all its rights including to restore, renew, amend or supplement the Application at an appropriate time.

Dated: New York, New York
April 22, 2025

ARCHER & GREINER, P.C.

By: _____
Allen G. Kadish
1211 Avenue of the Americas
New York, New York 10036
212-682-4940
akadish@archerlaw.com

*Attorneys for Sherwood Partners, Inc.*