UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                                                              Case No. 21-70670- spg
                                                                                        Chapter 7 (converted)
MAGNACOUSTICS, INC.,

                        Debtor.
--------------------------------------------------------x

## ORDER AUTHORIZING RETENTION
## OF ACCOUNTANT TO TRUSTEE

**UPON** the application dated September 8, 2025 ("Application") of Kenneth Kirschenbaum, United States Bankruptcy Trustee (the "Trustee") of the Chapter 7 estate (the "Estate") of Magnacoustics, Inc., debtor (the "Debtor"), seeking entry of an order authorizing the Trustee to retain and employ Joseph A. Broderick, P.C., 734 Walt Whitman Road, Suite 204, Melville, New York 11747 ("Broderick Firm") as accountants for the Estate; and upon the affidavit (the "Affidavit") of Joseph A. Broderick, Certified Public Accountant; and the Court being satisfied that Broderick Firm does not represent or hold any interest adverse to the Estate with respect to the matters upon which it is to be engaged, that it is a disinterested person under Sections 101 and 327 of Title 11, United States Code, and that its employment is necessary and would be in the best interests of the Estate; and sufficient cause appearing therefor; it is

**ORDERED**, under 11 U.S.C. § 327(a), that the Trustee is authorized to employ and retain Broderick Firm as his certified public accountants herein, to render the accounting services set forth in the Application and Affidavit, and to render such other accounting services as may be required by the Trustee, and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to Broderick Firm for professional services rendered to the Trustee, except upon proper application

and by further order of this Court following a hearing on notice pursuant to 11 U.S.C. §§ 330 and 331, the Bankruptcy Rules, and the Local Rules; and it is further

**ORDERED**, that prior to any increases in Broderick Firm's rates, or to any individual employed by Broderick Firm and providing services in this case, Broderick Firm shall file a supplemental affidavit with the Court and provide 10 business days' notice to the Trustee and to the Office of the United States Trustee, explaining the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Trustee has consented to the rate increase; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Affidavit, the terms of this Order shall govern; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

NO OBJECTION:

_____